UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN AVERY,

      Plaintiff,

vs.

FORD MOTOR COMPANY,

      Defendant.

Case No. 23-cv-11016
Hon. Judith E. Levy

| Noah H. Hurwitz (P74063) | John H. Willems (P31861) |
|---|---|
| **HURWITZ LAW, PLLC** | **MILLER, CANFIELD, PADDOCK AND STONE, PLC** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 340 Beakes St., Suite 125 | 150 West Jefferson Ave., Suite 2500 |
| Ann Arbor, MI 48104 | Detroit, Michigan 48226 |
| (844) 847-9489 (phone) | (313) 496-7544 (phone) |
| noah@hurwitzlaw.com | (313) 496-7500 (fax) |
| | willems@millercanfield.com |

## APPEARANCE OF JOHN H. WILLEMS

PLEASE TAKE NOTICE that John H. Willems of Miller, Canfield, Paddock and Stone, P.L.C., hereby enters his Appearance on behalf of Defendant Ford Motor Company, in the above-captioned matter.

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK & STONE, P.L.C.

    By: */s/John H. Willems*
        John H. Willems (P31861)
        Attorneys for Defendant
        150 West Jefferson, Suite 2500
        Detroit, MI 48226
        (313) 963-6420
        willems@millercanfield.com

Dated: May 23, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023, I electronically filed the foregoing Notice of Appearance of John H. Willems via PACER which will send notification of such filing to all parties of record.

*/s/John H. Willems*
John H. Willems